**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DERRICK GUINN,                                                                                       PLAINTIFFS
ADC #148607; *et al*.

v.                                    No. 5:12CV00175 JLH/JTR

SHURELL FREEMAN, Sergeant,
Williams Correctional Facility; *et al*.                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and judgment is entered in favor of defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 6th day of June, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE